1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JERRY LAW, | ) | NO. CV 09-00535 VBF (SS) |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| J. TIM OCHOA, Acting Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the February 9, 2011 Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1  **IT IS ORDERED** that the Petition is denied and Judgment shall be
2  entered dismissing this action with prejudice.

3

4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner and counsel for Respondent.

6

7  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9  Dated: February 25, 2011
10  _____
11  VALERIE BAKER FAIRBANK
    UNITED STATES DISTRICT JUDGE

2