1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JERRY LAW,                          ) NO. CV 09-00535 VBF (SS)
                                        )
12              Petitioner,             )
                                        )
13         v.                           )         **JUDGMENT**
                                        )
14  J. TIM OCHOA, Acting Warden,        )
                                        )
15              Respondent.             )
                                        )
16

17

18      Pursuant to the Court's Order Adopting Findings, Conclusions and
19  Recommendations of United States Magistrate Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
22  with prejudice.

23

24  Dated: February 25, 2011                  *Valerie Baker Fairbank*

25                                      _____
                                        VALERIE BAKER FAIRBANK
26                                      UNITED STATES DISTRICT JUDGE

27
28